SUPREME COURT OF NEW JERSEY
D-18 September Term 2015
076715

IN THE MATTER OF

LARRY S. LOIGMAN,

AN ATTORNEY AT LAW

(Attorney No. 015611977)

FILED

MAR 09 2016

CORRECTED ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15-066, concluding that **LARRY S. LOIGMAN** of **MIDDLETOWN**, who was admitted to the bar of this State in 1977, should be reprimanded for violating RPC 3.1(bringing a frivolous claim), and RPC 8.4(d)(conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **LARRY S. LOIGMAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in Rule 1:20-17.

WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 8th day of March, 2015.

CLERK OF THE SUPREME COURT

CLERK OF THE SUPREME COURT
OF NEW JERSEY